# EQUITY BUY-IN PROPOSAL CHEF CHARLES COE

This document outlines the agreement between Chef Charles Coe and Stussell's Foods L.L.C. d.b.a. Russell's Blue Water Grill.

1). Charles shall have the option to purchase up to 20% of the operation @ $50,000..

2). That percentage is based on an initial restaurant vale of $250,000.

3). Base salary of $4,500./month plus a maximum bonus of $2,000./month.

4). Bonus is a function of Food Cost (40%), kitchen labor (40%), Health Dept. reports (10%), General kitchen mgmt. (10%).

5). Buy in initiates at month seven of the operation.

6). Bonus will be paid as payroll, taxed, and paid back into the operation as buy in.

7). Charles must remain a full time employee (40 hours/week) during buy in period.

8). Equity is not transferable to a third party, Stussell's Foods L.L.C. shall have first right of Refusal on the sale of equity, and said equity cannot be used as a capital item on Which to borrow or otherwise encumber.

9). Upon untimely death, equity returns to the L.L.C.

10). Upon full buy in, salary returns to $4,500./month, and Charles is entitled to 20% Of all profits and 20% of restaurant sale price.

Subscribed and sworn before me the 8th day of Dec. 2010.

Charles Coe                                              Russell Beverstein

_Charles Coe_ (signature)                                _Russell_ (signature)

                                                         Managing member

                                                         12-8-10

ROBIN GRAVES
Notary Public, State of Florida
Commission# DD771840
My comm. expires Mar. 23, 2012

_Robin Graves_ (signature)
12-8-10

ROBIN GRAVES
Notary Public, State of Florida
Commission# DD771840
My comm. expires Mar. 23, 2012

_Robin Graves_ (signature)