UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 12-81290-CIV-Marra/Matthewman

CHARLES COE,

    Plaintiff,

vs.

RUSSELL BEVERSTEIN, individually,
and STUSSELL'S FOODS, LLC,

    Defendants.
_____/



FILED by ___ D.C.

JUN 2 6 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S CORRECTED MOTION TO COMPEL BETTER RESPONSES TO INTERROGATORIES [DE 28] AND GRANTING PLAINTIFF'S MOTION TO COMPEL BETTER RESPONSES TO REQUEST TO PRODUCE [DE 30]

THIS CAUSE is before the Court upon Plaintiff, Charles Coe's ("Plaintiff") Corrected Motion to Compel Better Responses to Interrogatories [DE 28] and Plaintiff's Motion to Compel Better Responses to Request to Produce [DE 30]. These matters were referred to the undersigned by United States District Judge Kenneth A. Marra upon an Order referring all discovery to the undersigned for final disposition. *See* DE 13. The matters are now ripe for review and disposition.

The Court held a hearing on the motions on June 25, 2013. As stated in open court, it is hereby **ORDERED** as follows:

1. Plaintiff's Corrected Motion to Compel Better Responses to Interrogatories [DE 28] is **GRANTED IN PART AND DENIED IN PART**;

2. Defendants shall serve Plaintiff with an amended response to Interrogatory #7 within seven (7) days from the date of this Order;

Case 9:12-cv-81290-KAM Document 40 Entered on FLSD Docket 06/26/2013 Page 2 of 2

3. Defendants shall provide all documents that Defendants previously promised to provide in their responses to the Interrogatories within seven (7) days from the date of this Order;

4. Plaintiff's Motion to Compel Better Responses to Request to Produce [DE 30] is **GRANTED**;

5. Defendants shall serve Plaintiff with an amended response to the Request to Produce within seven (7) days from the date of this Order in which they shall respond specifically to each request and state what documents, if any, are being produced in response to each specific request; and

6. Plaintiff's request for attorney's fees is **DENIED**. The Court finds that the parties' positions were substantially justified, at least in part, and that other circumstances make an award of expenses unjust. *See* Fed. R. Civ. P. 37(a)(5)(A)(ii-iii) and (a)(5)(C).

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 26th day of June, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE